IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Toney, Detrice M | Case Number: 08 B 02433 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 6/3/08 | Filed: 2/4/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 22, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 910.00 | |
| Secured: | | 300.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 552.59 |
| Trustee Fee: | | 57.41 |
| Other Funds: | | 0.00 |
| Totals: | 910.00 | 910.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | David M Siegel | Administrative | 3,124.00 | 552.59 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 1,438.88 | 300.00 |
| 4. | Option One Mortgage Corp | Secured | 3,901.84 | 0.00 |
| 5. | Wilshire Credit Corp | Secured | 1,500.00 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 66.57 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 54.11 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 158.01 | 0.00 |
| 9. | U.S. Department Of Education | Unsecured | 5,271.34 | 0.00 |
| 10. | Sprint Nextel | Unsecured | 141.06 | 0.00 |
| 11. | Great American Finance Company | Unsecured | 57.80 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 61.41 | 0.00 |
| 13. | B-Real LLC | Unsecured | 53.51 | 0.00 |
| 14. | Capital One | Unsecured | 151.77 | 0.00 |
| 15. | Asset Acceptance | Unsecured | 179.43 | 0.00 |
| 16. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 17. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 18. | AT&T | Unsecured | | No Claim Filed |
| 19. | Hr Imaging Partners | Unsecured | | No Claim Filed |
| 20. | Great American Finance Company | Unsecured | | No Claim Filed |
| 21. | US Cellular | Unsecured | | No Claim Filed |
| | | | $ 16,159.73 | $ 852.59 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Toney, Detrice M | Case Number:  08 B 02433 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  6/3/08 | Filed:  2/4/08 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 8.56 |
| 6.5% | 48.85 |
| | _____ |
| | $ 57.41 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

